Denotria Moore, Appellee, v. Alfred F. Sautter et al.,
Appellants.

Gen. No. 43,566.

opinion filed November 19, 1946; rehearing de-
nied December 30, 1946; released for publication December 30, 1946.
Burt A. Crowe, for appellants; Zeamore A. Ader and Walter F. Dodd,
for appellee; Zeamore A. Ader, of counsel. Opinion by JUSTICE SCAN-
LAN. Not to be published in full.